UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-22415-CV-KING

ALEJANDRO PERAGA, *on behalf of himself and others similarly situated,*

    Plaintiffs,

v.

MCMICHAEL TAYLOR GRAY, LLC,

    Defendant.

_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE came before the court upon the Notice of Voluntary Dismissal Without Prejudice (D.E. #13) filed December 6, 2021.  Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is

ORDERED, ADJUDGED and DECREED as follows:

1.     The above-styled case is hereby **DISMISSED WITHOUT PREJUDICE**. The Court shall retain jurisdiction to enforce the terms of the agreement.

2.     All unresolved pending motions in this case are hereby DENIED as moot.

3.     The Clerk shall **CLOSE** this case.

.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 7th day of December, 2021.

*[signature: James Lawrence King]*

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:
*Counsel for Plaintiff:*
**James Lee Davidson**

Greenwald Davidson Radbil PLLC

7601 N. Federal Highway, Suite A-230

Boca Raton, FL 33487

561-826-5477

Email: jdavidson@gdrlawfirm.com

**Matisyahu H. Abarbanel**

Loan Lawyers, LLC.

2150 South Andrews Avenue

2nd Floor

Fort Lauderdale, FL 33316

954 523-4357

Fax: 954 581-2786

Email: matis@fight13.com

**Matthew David Bavaro**

Loan Lawyers

3201 Griffin road

Suite 100

Fort Lauderdale, FL 33312

954-523-4357

Email: matthew@fight13.com

**Michael Lewis Greenwald**
Greenwald Davidson Radbil PLLC
7601 N. Federal Highway
Suite A-230
Boca Raton, FL 33487
(561) 826-5477
Fax: (561) 961-5684
Email: mgreenwald@gdrlawfirm.com


*Counsel for Defendant:*
**Anthony Peter Strasius**
Wilson Elser
100 SE 2nd Street
Suite 2100
Miami, FL 33131
305-341-2287
Email: anthony.strasius@wilsonelser.com

**Christopher Walden Lee**
Wilson Elser Moskowitz Edelman , Dicker LLP
100 SE 2nd Street #3800
Miami, FL 33131
3053412251
Email: christopher.lee@wilsonelser.com